[No. 25557-0-II.   Division Two.   March 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGIL K. BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04163-3, Rudolph J. Tollefson, J., entered January 21, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 25581-2-II.   Division Two.   March 23, 2001.]

WALTER D. KIBLER, ET AL., *Appellants*, v. BRENDA S. ARMSTRONG, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-2-03440-3, William J. Kamps, J., entered January 20, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 25792-1-II.   Division Two.   March 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES GARY FELTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-05418-2, Marywave Van Deren and Frederick W. Fleming, JJ., entered March 17, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 44668-1-I.   Division One.   March 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK CALVIN WARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01045-9, Ann Schindler, J., entered April 26, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster and Baker, JJ.